# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PELLEGRINO FOOD PRODUCTS, INC. ) | |
|     Plaintiff, ) | Case No.: 1:05-CV-00189 |
| ) | |
| v. ) | |
| ) | |
| RHEON U.S.A., Inc. ) | |
|     Defendant. ) | |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter the appearance of the undersigned as counsel for Defendant, Rheon U.S.A., Inc., in the above-captioned matter.

    Respectfully Submitted,

    RHOADS & SINON LLP

    By:   /s/ Robert J. Tribeck
            Robert J. Tribeck, Esquire
            Attorney I.D. No. 74486
            Rhoads & Sinon LLP
            One South Market Square, 12th Floor
            Harrisburg, PA 17108-1146

Dated: July 14, 2005           Attorneys for Defendant, Rheon U.S.A., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2005, a true and correct copy of the foregoing Entry of Appearance was served by means of electronic service in accordance with the Western District Local Rules, upon the following:

**Jmead85@aol.com**

John J. Mead, Esquire
Scarpetti & Mead Law Firm
1001 State Street, Suite 800
Erie, PA  16501


/s/ Robert J. Tribeck
Robert J. Tribeck