OFFER ONLY:       This offer is subject to the review and acceptance of Lessor's Finance Committee. The monthly rent payment specified above is based upon an equally maturing U.S. Treasury Note index of 3.12%. In the event this index rate increases prior to funding, the payment may be adjusted to reflect this change.

EXPIRATION DATE:       01/10/2005

Should this proposal meet your requirements, please sign below and return with the deposit check in the amount specified above. Although I will be in contact, please don't hesitate to call me at 800-496-4640 ext. 391 or e-mail me at rmitchell@calfirstleasing.com.

Sincerely                                                         Acknowledged and agreed to by:

                                                                  Pellegrino Food Products

Rah-miel Mitchell                                                 Name: _Tom Pell_____
Account Executive                                                 Title: _Pres._
                                                                  Date: _1-18-05_

Mike Curtis
Vice President
California First Leasing Corporation

CalFirst Leasing is a wholly-owned subsidiary of California First National Bancorp ("CFNB"), and is an affiliate of California First National Bank, an FDIC-Insured National Bank. CFNB is a public company with its stock traded on the NASDAQ National Market System under the symbol "CFNB".

EXHIBIT
B
ALL-STATE LEGAL SUPPLY CO.