Memo to Mr. Aki Nakao and Mr. Gary Sceiffer
From Hiro Matsumoto
Re: Pellegrino

Parts shipped to Pellegrino on Feb.4, 2005 for trial purpose

| Parts # | Name | Price | Stock in warehouse |
|---|---|---|---|
| U049161 | Flattening and Side Press Roller | 4,700.00 | 7 |
| A278970 | N roller | 114.00 | 4 |
| A228730 | PN roller | 189.00 | 0 |
| C590570 | Nozzle 22mm | 220.00 | 3 |
| C934070 | Ring 34mm | 220.00 | 1 |
| C040772 | Nozzle 20mm | 220.00 | 3 |

ホヾり借用中

Parts shipped to Pellegrino on Feb.4, 2005 to be purchased by customer

| Parts # | Qty | Name | Price per piece |
|---|---|---|---|
|  | 1 | Ring 30mm | 220.00 |
| E111550 | 1 | Nozzle 18mm | 220.00 |
| C300290 | 2 | Collar 5mm | 25.80 |

On KN400 one of following combinations should be tested.
Nozzle 20 and Ring 32
Nozzle 22 and Ring 34
Nozzle 24 and Ring 36 (This is standard combination with the machine.)

Ring 32 is stored in plants maintenance shop.

Note
4 pieces of 32mm outer rings has to be arranged to ship back to Rheon USA. I left these rings in case they need to change in order to deal with unexpected problems.

Hiroshi Matsumoto
2/4/2005

EXHIBIT
G
ALL-STATE LEGAL SUPPLY CO.