UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PELLEGRINO FOOD PRODUCTS, INC., | Case No.: 1:05-CV-00189 |
| Plaintiff, | |
| v. | |
| RHEON U.S.A., | |
| Defendant, | |
| v. | |
| PELLEGRINO FOOD PRODUCTS COMPANY, INC. a/k/a PELLEGRINO FOOD PRODUCTS, INC., | |
| Counterclaimant Defendant, | |
| and | |
| CALIFORNIA FIRST LEASING CORPORATION, | |
| Counterclaim Defendant. | |

We the attorneys for the respective parties, do hereby stipulate that California First Leasing Corporation's time to answer or otherwise respond to the Counterclaim of Pellegrino Food Products Company, Inc. a/k/a Pellegrino Food Products, Inc. is extended until November 3, 2005.

| | |
|---|---|
| **RHOADS & SINON, LLP** | **McCARTER & ENGLISH, LLP** |
| By:/s/ Robert J. Tribeck | By:/s/ John Pendleton |
| ROBERT J. TRIBECK | JOHN PENDLETON |
| Attorney I.D. No. 74486 | A Member of the Firm |
| Rhoads & Sinon, LLP | Four Gateway Center |
| One South Market Square, 12th Floor | 100 Mulberry Street |
| Harrisburg, Pennsylvania 17108-1146 | Newark, New Jersey 07102 |
| Attorneys for Rheon U.S.A., Inc. | Attorneys for California First Leasing |
| Dated: October 3, 2005 | Dated: October 3, 2005 |

ME1\5276343.1