# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PELLEGRINO FOOD PRODUCTS, INC., : | Case No.: 1:05-CV-00189 |
| Plaintiff, : |  |
| : |  |
| v. : |  |
| : |  |
| RHEON U.S.A., : |  |
| : |  |
| Defendant/Counterclaim : Plaintiff, : |  |
| v. : |  |
| : |  |
| PELLEGRINO FOOD PRODUCTS : COMPANY, INC. a/k/a PELLEGRINO : FOOD PRODCUCTS, INC., : |  |
| : |  |
| Counterclaim Defendant, : |  |
| : |  |
| and : |  |
| : |  |
| CALIFORNIA FIRST LEASING : CORPORATION, : |  |
| : |  |
| Counterclaim Defendant. : |  |

## ORDER TRANSFERRING VENUE TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DISTRICT)

AND NOW, this ___ day of _____, 2005, upon consideration of the Motion

of Counterclaim Defendant California First Leasing Corporation ("CalFirst") for a change of venue

pursuant to U.S.C. §1404(a), Brief in Support of Motion, Affidavits of Rah-Miel Mitchell,  James

MEI\5297081.1

H. Motely, and Barbara Bumblis, and all other pleadings submitted in support thereof or in

opposition thereto, and oral argument, it is hereby

ORDERED that the Motion is GRANTED in full; and it is

FURTHER ORDERED that this case is hereby transferred to the United States District

Court for the Central District of California (Southern Division).

 

 

 

_____

HON. SEAN J. MCLAUGHLIN, U.S.D.J.