**EXHIBIT C**

Flight Details — Page 1 of 2

Exhibit C

  See Vegas your way this winter **Flight+hotel** from **$235** 

home | flights | hotels | cars | vacation packages | cruises | activities | deals & destinations | maps | corporate travel

Welcome - Already a member? Sign in   My Itineraries | My Account | Customer Support

| Summary |
| --- |
| 1 Ticket / Roundtrip SNA Orange County to ERI Erie |
| Leave: Wed 12-Oct |
| Return: Fri 14-Oct |
| 1 adult $671.62 |
| Taxes & Fees $97.57 |
| Booking Fee $5.00 |
| Total $774.19 |

## Total price for this trip: $774.19

I have a coupon. What's a coupon?

### 1 Review the flight details

**Wed 12-Oct-05**

**Orange County** (SNA) to **Salt Lake City** (SLC)   588 mi (946 km)
Depart 11:36 am    Arrive 2:20 pm
                   Terminal 2              Duration: 1hr 44mn    Flight: 723

Economy/Coach Class, MDC MD90, 90% on time

**Salt Lake City** (SLC) to **Cincinnati** (CVG)   1447 mi (2329 km)
Depart 2:45 pm     Arrive 8:10 pm
Terminal 2         Terminal 3              Duration: 3hr 25mn    Flight: 1043

Economy/Coach Class, MDC MD90, 90% on time

**Cincinnati** (CVG) to **Erie** (ERI)   316 mi (509 km)
Depart 9:05 pm     Arrive 10:17 pm
Terminal 3                                 Duration: 1hr 12mn    Flight: 5676
                                                                 Operated by: COMAIR

Economy/Coach Class, Canadair RJ

Total distance: 2351 mi (3784 km)          Total duration: 6hr 21mn (7hr 41mn with

**Fri 14-Oct-05**

**Erie** (ERI) to **Cleveland** (CLE)   98 mi (158 km)
Depart 7:45 am    Arrive 8:30 am           Duration: 0hr 45mn    Continental Airlines
                                                                 Flight: 8649
                                                                 Operated by: COMMUTAI CONTINENTAL CONNEC

Economy/Coach Class, Beechcraft 1900
Please check in with **COMMUTAIR DBA CONTINENTAL CONNECTION**. If checking in at a kiosk, use your than confirmation number.

**Cleveland** (CLE) to **Houston** (IAH)   1099 mi (1769 km)
Depart 9:00 am     Arrive 10:55 am
                   Terminal C              Duration: 2hr 55mn    Continental Airlines
                                                                 Flight: 345

Economy/Coach Class, Breakfast, Boeing 737-900, 90% on time

**Houston** (IAH) to **Orange County** (SNA)   1350 mi (2173 km)
Depart 12:00 pm    Arrive 1:35 pm
Terminal C                                 Duration: 3hr 35mn    Continental Airlines
                                                                 Flight: 655

Economy/Coach Class, Lunch, Boeing 737-500, 80% on time

Total distance: 2547 mi (4099 km)          Total duration: 7hr 15mn (8hr 50mn with

*Tip:* **Flight terminals may change.** Please confirm the terminal with the airline before leavir airport.

QUESTIONS?
- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

+🚗  **Add a rental car to this trip**

⦿ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

## 2  Review the rules and restrictions

- Tickets are nonrefundable.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ti**(cket) charged by Expedia for any changes you make to the flights in this itinerary. This fee is w(aived for) changes made online. ⓧ More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ I have read and accept the rules and restrictions. (please check the box to continue)

## 3  Select a booking option

**Fares are not guaranteed until purchased.**

→ Choose and continue to more options.

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not poss(ible to) reserve this fare for later ticketing.

→ Save this information in an itinerary.

Seats are not reserved and fare is not guaranteed.

→ Cancel and go to home page.

about Expedia.com | press room | investor relations | Expedia, Inc. terms of use | privacy policy | become an affiliate | advertising | jobs
home | hotels | cars | cruises | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2005 Expedia, Inc. All rights reserved.
Photos: Walter Hodges/Getty Images/The Image Bank, Corbis, Getty Images

Plus sign (+) means taxes and fees are additional.

International sites:   United Kingdom | Canada | Germany | France | Italy | Netherlands

Partner
sites:   Citysearch | Evite | Hotels.com | HSN | Ticketmaster | ReserveAmerica | Hotwire | LendingTree | RealEstate.com | Gifts.c(om)
Entertainment.com | Match.com | TripAdvisor | CondoSaver.com | ClassicVacations.com | liveDaily | ImprovementsCatalog.com

http://www.expedia.com/pub/agent.dll?tovr=-1294757293                                          10/11/2005

 

Hawaii: Book a trip, get $50
to spend on snorkeling, sailing, surfing, more

home | flights | hotels | cars | vacation packages | cruises | activities | deals & destinations | maps | corporate travel

Welcome - Already a member? Sign in                    My Itineraries | My Account | Customer Support

| Summary |
|---|
| 1 Ticket / Roundtrip SNA Orange County to ERI Erie |
| Leave: Wed 12-Oct |
| Return: Fri 14-Oct |
| 1 adult $735.34 |
| Taxes & Fees $108.75 |
| Booking Fee $5.00 |
| Total $849.09 |

**Total price for this trip: $849.09**

I have a coupon.  What's a coupon?

**1  Review the flight details**

**Traveling to Erie**
Wed 12-Oct-05

| **Orange County** (SNA) to | **San Francisco** (SFO) | 373 mi | **US AIRWAYS** |
| Depart 8:05 pm | Arrive 9:24 pm | (600 km) | Flight: 7090 |
|  | Terminal 3 | Duration: 1hr 19mn | Operated by: UNITED AIR UA94 |

Economy/Coach Class, Airbus A319
Please check in with **UNITED AIRLINES -- UA94**. If checking in at a kiosk, use your name rather than confir number.

| **San Francisco** (SFO) to | **Baltimore** (BWI) | 2452 mi | **US AIRWAYS** |
| Depart 10:20 pm | Arrive 6:26 am +1 day | (3946 km) | Flight: 6309 |
| Terminal 3 |  | Duration: 5hr 6mn | Operated by: UNITED AIR UA1164 |

Economy/Coach Class, Snack, Airbus A319

Thu 13-Oct-05

| **Baltimore** (BWI) to | **Philadelphia** (PHL) | 91 mi | **US AIRWAYS** |
| Depart 7:30 am | Arrive 8:17 am | (146 km) | Flight: 490 |
|  | Terminal B | Duration: 0hr 47mn |  |

Economy/Coach Class, Boeing 737-300, 80% on time

| **Philadelphia** (PHL) to | **Erie** (ERI) | 300 mi | **US AIRWAYS** |
| Depart 9:20 am | Arrive 10:44 am | (483 km) | Flight: 3780 |
| Terminal F |  | Duration: 1hr 24mn | Operated by: US AIRWAY EXPRESS-AIR WISCONS |

Economy/Coach Class, Canadair RJ

Total distance: 3216 mi (5176 km)                                    Total duration: 8hr 36mn (11hr 39mn with

**Traveling to Orange County**
Fri 14-Oct-05

| **Erie** (ERI) to | **Philadelphia** (PHL) | 300 mi | **US AIRWAYS** |
| Depart 7:35 am | Arrive 8:45 am | (483 km) | Flight: 3790 |
|  | Terminal F | Duration: 1hr 10mn | Operated by: US AIRWAY EXPRESS-AIR WISCONS |

Economy/Coach Class, Canadair RJ
Please check in with **US AIRWAYS EXPRESS-AIR WISCONSIN**. If checking in at a kiosk, use your name r: confirmation number.

| **Philadelphia** (PHL) to | **Baltimore** (BWI) | 91 mi | **US AIRWAYS** |
| Depart 11:05 am | Arrive 12:06 pm | (146 km) | Flight: 1723 |
| Terminal F |  | Duration: 1hr 1mn | Operated by: US AIRWAY |

QUESTIONS?
Can I use a credit card with a billing address outside the U.S.?
Is it safe to buy online?
Need help with this page?
Other FAQs

http://www.expedia.com/pub/agent.dll?tovr=-1294757293                                        10/11/2005



EXPRESS-MIDATLANTIC

Economy/Coach Class, EMB-145, 90% on time

| | | |
|---|---|---|
| **Baltimore** (BWI) | to | **Cincinnati** (CVG) |
| Depart 1:20 pm | | Arrive 2:59 pm |
| | | Terminal 3 |

429 mi (690 km) Duration: 1hr 39mn



Flight: **5885**
Operated by: COMAIR

Economy/Coach Class, Canadair RJ

| | | |
|---|---|---|
| **Cincinnati** (CVG) | to | **Orange County** (SNA) |
| Depart 4:35 pm | | Arrive 6:07 pm |
| Terminal 3 | | |

1875 mi (3018 km) Duration: 4hr 32mn

Flight: **235**

Economy/Coach Class, Refreshments, Boeing 757, 80% on time

Total distance: 2695 mi (4337 km)          Total duration: 8hr 22mn (13hr 32mn with

***Tip:*** Flight terminals may change. Please confirm the terminal with the airline before leavir airport.

---

**Add a rental car to this trip**

- ⦿ No thanks, I don't need a rental car.
- ○ Yes, I would like to see available rental cars next.

---

## 2 Review the rules and restrictions

- Please note that the most restrictive set of rules applies to your entire itinerary.
- **Orange County, CA (SNA-John Wayne Intl.) to Philadelphia, PA (PHL-All Airports)**
  Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary change tickets are issued.
- **Baltimore, MD (BWI-Baltimore Washington) to Orange County, CA (SNA-John Wayn**
  Ticket changes may incur penalties and/or increased fares.
- **Philadelphia, PA (PHL-All Airports) to Erie, PA (ERI-Erie Intl.)**
  Ticket changes may incur penalties and/or increased fares.
- **Erie, PA (ERI-Erie Intl.) to Baltimore, MD (BWI-Baltimore Washington)**
  Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary change tickets are issued.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ti** charged by Expedia for any changes you make to the flights in this itinerary. This fee is w( changes made online. ⓘ More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

---

☐ I have read and accept the rules and restrictions. (please check the box to continue

---

## 3 Select a booking option

**Fares are not guaranteed until purchased.**

➤ Choose and continue to more options.

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not pose reserve this fare for later ticketing.

⊕ Save this information in an itinerary.

Seats are not reserved and fare is not guaranteed.

⊕ Cancel and go to home page.

about Expedia.com | press room | investor relations | Expedia, Inc. terms of use | privacy policy | become an affiliate | advertising | jobs
home | hotels | cars | cruises | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2005 Expedia, Inc. All rights reserved.
Photos: Walter Hodges/Getty Images/The Image Bank, Corbis, Getty Images

Plus sign (+) means taxes and fees are additional.

International sites:   United Kingdom   |   Canada   |   Germany   |   France   |   Italy   |   Netherlands

Partner sites:   Citysearch | Evite | Hotels.com | HSN | Ticketmaster | ReserveAmerica | Hotwire | LendingTree | RealEstate.com | Gifts.cc

Entertainment.com | Match.com | TripAdvisor | CondoSaver.com | ClassicVacations.com | liveDaily | ImprovementsCatalog.com

Flight Details                                                                                                      Page 1 of 3

 

Hawaii: Book a trip, get $50 to spend on snorkeling, sailing, surfing, more

home | flights | hotels | cars | vacation packages | cruises | activities | deals & destinations | maps | corporate travel

Welcome - Already a member? Sign in                              My Itineraries | My Account | Customer Support

| Summary | |
| --- | --- |
| 1 Ticket / Roundtrip SNA Orange County to ERI Erie | |
| Leave: | Wed 12-Oct |
| Return: | Fri 14-Oct |
| 1 adult | $802.78 |
| Taxes & Fees | $107.41 |
| Booking Fee | $5.00 |
| Total | $915.19 |

QUESTIONS?

- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

## Total price for this trip: $915.19

I have a coupon.  What's a coupon?

### 1  Review the flight details

**Wed 12-Oct-05**

| Orange County (SNA) | to | St. Louis (STL) | 1567 mi | AA |
| Depart 9:18 am | | Arrive 2:48 pm | (2522 km) | Flight: 2470 |
| | | Terminal M | Duration: 3hr 30mn | |

Economy/Coach Class, Food For Purchase, MDC MD80, 90% on time

| St. Louis (STL) | to | Cleveland (CLE) | 486 mi | Continental Airlines |
| Depart 3:30 pm | | Arrive 6:07 pm | (782 km) | Flight: 2368 |
| Terminal M | | | Duration: 1hr 37mn | Operated by: EXPRESSJET AIRLINES INC DBA CO E |

Economy/Coach Class, Embraer EMB-145

| Cleveland (CLE) | to | Erie (ERI) | 98 mi | Continental Airlines |
| Depart 7:05 pm | | Arrive 7:55 pm | (158 km) | Flight: 8651 |
| | | | Duration: 0hr 50mn | Operated by: COMMUTAIR CONTINENTAL CONNEC |

Economy/Coach Class, Beechcraft 1900

Total distance: 2151 mi (3462 km)                                   Total duration: 5hr 57mn (7hr 37mn with

**Fri 14-Oct-05**

| Erie (ERI) | to | Cleveland (CLE) | 98 mi | Continental Airlines |
| Depart 7:45 am | | Arrive 8:30 am | (158 km) | Flight: 8649 |
| | | | Duration: 0hr 45mn | Operated by: COMMUTAIR CONTINENTAL CONNEC |

Economy/Coach Class, Beechcraft 1900
Please check in with **COMMUTAIR DBA CONTINENTAL CONNECTION**. If checking in at a kiosk, use your than confirmation number.

| Cleveland (CLE) | to | Las Vegas (LAS) | 1821 mi | Continental Airlines |
| Depart 9:05 am | | Arrive 10:20 am | (2931 km) | Flight: 481 |
| | | Terminal 1 | Duration: 4hr 15mn | |

Economy/Coach Class, Breakfast, Boeing 757 (757-300), 90% on time

| Las Vegas (LAS) | to | Orange County (SNA) | 226 mi | America West |
| Depart 11:48 am | | Arrive 1:03 pm | (364 km) | Flight: 137 |
| Terminal 1 | | | Duration: 1hr 15mn | |

Economy/Coach Class, Airbus A319, 80% on time

Total distance: 2145 mi (3452 km)                                   Total duration: 6hr 15mn (8hr 18mn with

*Tip:* Flight terminals may change. Please confirm the terminal with the airline before leavir airport.

**+ Add a rental car to this trip**

- ⦿ No thanks, I don't need a rental car.
- ○ Yes, I would like to see available rental cars next.

## 2 Review the rules and restrictions

- Please note that the most restrictive set of rules applies to your entire itinerary.
- **Orange County, CA (SNA-John Wayne Intl.) to St. Louis, MO (STL-Lambert-St. Louis** Ticket changes may incur penalties and/or increased fares.
- **Las Vegas, NV (LAS-All Airports) to Orange County, CA (SNA-John Wayne Intl.)** Ticket changes may incur penalties and/or increased fares.
- **St. Louis, MO (STL-Lambert-St. Louis Intl.) to Erie, PA (ERI-Erie Intl.)** Ticket changes may incur penalties and/or increased fares.
- **Erie, PA (ERI-Erie Intl.) to Las Vegas, NV (LAS-All Airports)** Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary change tickets are issued.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ti charged by Expedia for any changes you make to the flights in this itinerary. This fee is wɛ changes made online. [i] More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ I have read and accept the rules and restrictions. (please check the box to continue

## 3 Select a booking option

**Fares are not guaranteed until purchased.**

⊙ Choose and continue to more options.

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not poss reserve this fare for later ticketing.

⊙ Save this information in an itinerary.

Seats are not reserved and fare is not guaranteed.

⊙ Cancel and go to home page.

about Expedia.com | press room | investor relations | Expedia, Inc. terms of use | privacy policy | become an affiliate | advertising | jobs
home | hotels | cars | cruises | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2005 Expedia, Inc. All rights reserved.

http://www.expedia.com/pub/agent.dll?tovr=-1294757293                        10/11/2005

Photos: Walter Hodges/Getty Images/The Image Bank, Corbis, Getty Images

Plus sign (+) means taxes and fees are additional.

International sites:   United Kingdom  |  Canada  |  Germany  |  France  |  Italy  |  Netherlands

Partner sites:   Citysearch  |  Evite  |  Hotels.com  |  HSN  |  Ticketmaster  |  ReserveAmerica  |  Hotwire  |  LendingTree  |  RealEstate.com  |  Gifts.cc

Entertainment.com  |  Match.com  |  TripAdvisor  |  CondoSaver.com  |  ClassicVacations.com  |  liveDaily  |  ImprovementsCatalog.com