UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PELLEGRINO FOOD PRODUCTS, INC., | : |
| Plaintiff, | : Case No.: 1:05-CV-00189 |
| v. | : |
| RHEON U.S.A., | : |
| Defendant, | : |
| v. | : |
| PELLEGRINO FOOD PRODUCTS COMPANY, INC. a/k/a PELLEGRINO FOOD PRODUCTS, INC., | : |
| Counterclaimant Defendant, | : |
| and | : |
| CALIFORNIA FIRST LEASING CORPORATION, | : |
| Counterclaim Defendant. | : |

**AFFIDAVIT OF BARBARA H. BUMBLIS IN SUPPORT OF CALIFORNIA FIRST LEASING CORPORATION'S MOTION FOR CHANGE OF VENUE**

STATE OF CALIFORNIA   )
                     )   SS:
COUNTY OF ORANGE     )

I, BARBARA H. BUMBLIS, being duly sworn, deposes and says:

1. I am the Vice President – Director of Operations of California First National Bancorp ("CalFirst Bancorp"). The matters stated herein are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of Counterclaim Defendant California First Leasing Corporation's ("CalFirst's") Motion for Change of Venue in the above-captioned matter.

3. By virtue of an agreement between CalFirst Bancorp and CalFirst (a subsidiary of CalFirst Bancorp), my responsibilities include the management of human resources for CalFirst.

4. Michael Curtis is a former employee of CalFirst. He is no longer employed by CalFirst (or by any company affiliated with CalFirst).

5. I am informed and believe that Mr. Curtis has communicated to CalFirst that he would not willingly travel to Pennsylvania for any proceedings in this matter.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 14 day of October, 2005.

_____
Barbara H. Bumblis

STATE OF CALIFORNIA   )
COUNTY OF ORANGE     )   SS.:
I CERTIFY that on October 14, 2005,
Barbara H. Bumblis personally came before me and acknowledged under oath, to my satisfaction, that (or if more than one, each person):
    (a) this person was the subscribing witness to the above instrument; and
    (b) the subscribing witness signed this proof under oath to attest to the truth of these facts.

_____
Jennie Lindsay



JENNIE LINDSAY
Commission # 1427677
Notary Public - California
Orange County
My Comm. Expires Jul 1, 2007