UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PELLEGRINO FOOD PRODUCTS, INC., | Case No.: 1:05-CV-00189 |
| Plaintiff, | |
| v. | |
| RHEON U.S.A., | |
| Defendant/Counterclaim Plaintiff, | |
| v. | |
| PELLEGRINO FOOD PRODUCTS COMPANY, INC. a/k/a PELLEGRINO FOOD PRODCUCTS, INC., | |
| Counterclaim Defendant, | |
| and | |
| CALIFORNIA FIRST LEASING CORPORATION, | |
| Counterclaim Defendant. | |

## CERTIFICATE OF SERVICE

Darcelle Gleason, of full age, hereby certifies as follows:

1. I am an associate with the law firm of McCarter & English, LLP, attorneys for Counterclaim Defendant California First Leasing Corporation ("CalFirst").

2. On October 17, 2005, I caused CalFirst's Motion to Dismiss Counterclaim Counts, or Alternatively, For a Change of Venue, Proposed Form of Order Dismissing Counterclaim Counts, Proposed Form of Order Transferring Venue, Proposed Form of Order

Scheduling a Hearing Date, Disclosure Statement, Brief in Support of Motion to Dismiss, Brief in Support of Motion to Change Venue, Affidavits of James Motley, Rah-miel Mitchell and Michelle Bumblis, and all attachments thereto, to be served via U.S. Mail on the following parties:

Robert J. Tribeck, Esq.
Rhoads & Sinon LLP
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
Attorneys for Defendant Rheon, U.S.A.

John J. Mead, Esq.
Scarpitti & Mead Law Firm
1001 State Street
Suite 800
Erie, PA 16501
Attorneys for Plaintiff
Pellegrino Food Products, Inc.

    I certify that the foregoing statements made by me are true. I am aware if any of the foregoing is willfully false I am subject to punishment.

                                    /s/ Darcelle Gleason
                                    DARCELLE GLEASON

Dated: October 18, 2005

MEI\5299415.1