UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PELLEGRINO FOOD PRODUCTS, INC., : <br><br> Plaintiff, : <br><br> v. : <br><br> RHEON U.S.A., : <br><br> Defendant/Counterclaim Plaintiff : <br><br> v. : <br><br> PELLEGRINO FOOD PRODUCTS COMPANY, INC. a/k/a PELLEGRINO FOOD PRODCUCTS, INC., : <br><br> Counterclaim Defendant, : <br><br> and : <br><br> CALIFORNIA FIRST LEASING CORPORATION, : <br><br> Counterclaim Defendant. : | Case No.: 1:05-CV-00189 |

### ORDER ADMITTING COUNSEL PRO HAC VICE

AND NOW, this ___ day of October, 2005, upon consideration of the Motion for Admission of Counsel *Pro Hac Vice* of Counterclaim Defendant California First Leasing Corporation, it is hereby ORDERED that Lisa S. Bonsall, Esq. is admitted to practice law before the

United States District Court for the Western District of Pennsylvania *pro hac vice*, for all purposes in connection with the above-referenced action.

_____
HON. SEAN J. MCLAUGHLIN, U.S.D.J.