CA 05-189 E
Pro Hac Vice
receipt 06-42

```
          UNITED STATES
          DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

      # 06000042 - JD
       October 25, 2005


   Code    Case #    Qty      Amount

   PRO HAC 05-189ca e   1      40.00
                              40.00 CC


       TOTAL→             40.00


   FROM: B. JOHN PENDLETON JR
         MCCARTER & ENGLISH LLP
         100 MULBERRY ST, 4 GATEWAY
         CENTER, NEWARK NJ 07102
```