## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PELLEGRINO FOOD PRODUCTS, INC. ) | |
|       Plaintiff, ) | Case No.: 1:05-CV-00189 |
| ) | |
| v. ) | |
| ) | |
| RHEON U.S.A., ) | |
|       Defendant/Counterclaim ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PELLEGRINO FOOD PRODUCTS ) | |
| COMPANY, INC., also known as PELLEGRINO ) | |
| FOOD PRODUCTS, INC., ) | |
| ) | |
|       Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CALIFORNIA FIRST LEASING CORPORATION ) | |
| ) | |
|       Counterclaim Defendant. ) | |

## **ORDER**

AND NOW, this ___ day of _____, 2005, upon consideration of (i) the Motion to Dismiss Counterclaim Counts VIII, IX, X & XI and (ii) the Motion for a Change of Venue, both Motions having been filed by Counterclaim Defendant California First Leasing Corporation, as well as any papers submitted by the parties in relation thereto, it is hereby

ORDERED that both Motions are DENIED in full.

_____
HON. SEAN J. MCLAUGHLIN, U.S.D.J.

584766.1